IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD KENDRICKS COOK,

              Petitioner,              Case No. 2:07-cv-00208 ALA (HC)

    vs.

BEN CURRY, et al.,

             Respondent.          <u>ORDER</u>

_____/

     Petitioner, a state prisoner proceeding *pro se*, filed an application in this Court for a writ of habeas corpus under 28 U.S.C. § 2254(a) on January 31, 2007. (Doc. 1). On May 21, 2007, Petitioner filed a motion to amend his petition. (Doc. 11). On June 6, 2007, Petitioner filed an amended petition. (Doc. 12). On December 20, 2007, the Court granted Petitioner's motion to amend his petition, after the fact. (Doc. 16). Respondent was ordered to file a response to the amended petition within 35 days of the date of the December 20, 2007 order. *Id.* The Court ordered Petitioner to file a traverse, if any, within 35 days of the service of the answer. *Id.* Respondent filed an Answer on January 22, 2008. (Doc. 18). To date, Petitioner has filed no traverse.

     The Rules Governing Section 2254 Cases in the United States District Courts contemplate that there will be a petition and an answer. *See* Rules Governing Section 2254

Cases in the United States District Courts, Rules 2 and 5 (2004).  Rule 5(e) states that "[t]he petitioner may submit a reply [historically referred to as a traverse], to the respondent's answer or other pleading within a time fixed by the judge."  *Id.* at Rule 5(e).  The failure to file a traverse is not fatal, so long as the petition includes all the facts supporting each ground for relief.  *Id.*, Rule 2(c)(2).  According to this Court's review of the record, the petition includes facts supporting each ground for relief.  Therefore, it is hereby ordered that Petitioner has waived filing of a traverse and the matter is deemed submitted for review.

/////

DATED:          September 19, 2008

                                                            /s/ Arthur L. Alarcón
_____
                                                            UNITED STATES CIRCUIT JUDGE
                                                            Sitting by Designation