IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD KENDRICKS COOK,

    Petitioner,                    Case No. 2:07-cv-00208 ALA (HC)

    vs.

BEN CURRY, et al.,

    Respondent.                 ORDER

_____/

    On October 21, 2008, this Court denied Petitioner Donald Kendricks Cook's ("Petitioner") application for a writ of habeas corpus. (Doc. 23). Petitioner has filed a timely notice of appeal. (Doc. 25). However, before Petitioner can appeal this decision, a certificate of appealability must issue. *See* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

    A certificate of appealability may issue under 28 U.S.C. § 2253(c)(2) "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To meet this standard, Petitioner must show: (1) that the issues are debatable among jurists of reason; or (2) that a court could resolve the issues in a different manner; or (3) that the questions are adequate to deserve encouragement to proceed further. *Lambright v. Stewart*, 220 F.3d 1022, 1024-25 (9th Cir. 2000) (citing *Slack v. McDaniel*, 529 U.S. 473 (2000); *Barefoot v. Estelle*, 463 U.S. 880 (1983)). Petitioner does not have to show "that he should prevail on the merits [since he] has already failed in that endeavor ." *Lambright*, 220 F.3d at 1025 (citing

1  *Barefoot*, 463 U.S. at 893 n. 4).

2      Petitioner's arguments do not present issues that are debatable among jurists of reason;
3  and therefore this Court will not encourage Petitioner to seek further review.  This Court also
4  finds that no other court would resolve the issues presented in a different manner.

5      Accordingly, it is HEREBY ORDERED that a certificate of appealability shall not issue.

6  DATED: December 16, 2008

7                                          /s/ Arthur L. Alarcón
                                        UNITED STATES CIRCUIT JUDGE
8                                          Sitting by Designation